DEFENDANT:          13.  COREY L. RILEY

YEAR OF BIRTH:    1969

ADDRESS:            Denver, Colorado

COMPLAINT FILED: _____YES    X     NO

          IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    _____YES    X     NO

OFFENSE:

Count Eleven:                         Maintaining Drug-Involved Premises
                            21 U.S.C. § 856(a)(1) and (2) and (b)

Count Twelve:              Possession with Intent to Distribute Cocaine
                            21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Thirteen:            Possession with Intent to Distribute Cocaine
                            21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Fourteen:            Possession with Intent to Distribute Cocaine
                            21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Fifteen:             Possession with Intent to Distribute Cocaine
                            21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Sixteen:             Possession with Intent to Distribute Cocaine
                            21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Seventeen:           Possession with Intent to Distribute Cocaine
                             21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Eighteen:            Possession with Intent to Distribute Cocaine
                            21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Nineteen:            Possession with Intent to Distribute Cocaine
                            21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Twenty:              Possession with Intent to Distribute Cocaine
                            21 U.S.C. § 841(a)(1) and (b)(1)(C)


Count Twenty-One:          Possession with Intent to Distribute Cocaine

21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Twenty-Two:          Possession with Intent to Distribute Cocaine
                           21 U.S.C. § 841(a)(1) and (b)(1)(C)
                           18 U.S.C. § 2

Count Twenty-Three:        Possession with Intent to Distribute Cocaine
                           21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Twenty-Four:         Possession with Intent to Distribute Marijuana
                           21 U.S.C. § 841(a)(1) and (b)(1)(D)

Count Twenty-Five:         Possessing Firearm in Furtherance of Drug Trafficking Felony
                           Offense
                           18 U.S.C. § 924(c)

Count Twenty-Six:          Possession with Intent to Distribute More than 500 grams of
                           Cocaine
                           21 U.S.C. § 841(a)(1) and (b)(1)(B)
                           18 U.S.C. § 2

Count Tenty-Seven:         Conspiracy to Distribute more than 5 Kilograms of Cocaine
                           21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)

Count Thirty-One:          Conspiracy to Use and Maintain Drug-Involved Premises
                           21 U.S.C. §§  846 and  856(a)(1) and (2) and (b)

Count Thirty-Two:          Using and Maintaining Drug-Involved Premises
                           21 U.S.C. § 856(a)(1) and (2) and (b)
                           Aiding and Abetting
                           18 U.S.C. § 2

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Eleven:  NMT 20 years imprisonment; a fine of NMT $500,000.00, or both; NMT 5 years
supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twelve:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3
years supervised release following any period of imprisonment; and a $100.00 special
assessment.

Count Thirteen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Fourteen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Fifteen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Sixteen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Seventeen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Eighteen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Nineteen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty-One:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty-Two:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty-Three:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty-Four:  NMT 5 years imprisonment; a fine of NMT $250,000, or both; NLT 2 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty-Five:  NLT 5 years imprisonment, consecutive to any other sentence; a fine of NMT $250,00.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty-Six:  NLT 5 years, NMT 40 years imprisonment; a fine of NMT $5,000,000.00, or both; NLT 4 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty-Seven:  NLT 10 years, NMT life imprisonment; a fine of NMT $10,000,000.00, or both; NLT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-One:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

### NOTICE OF FORFEITURE

AGENT:        Special Agent Jason Cole
                    Alcohol Tobacco and Firearms

AUTHORIZED BY:   Guy Till
                           Assistant U.S. Attorney


ESTIMATED TIME OF TRIAL:

_____ five days or less      __X__  over five days      _____  other


THE GOVERNMENT

__X__  will seek detention in this case        _____  will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:      __X__        Yes      _____  No