442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

| | | |
|---|---|---|
| United States of America<br>v.<br>8. ERIC LUGO<br>Defendant | ) ) ) ) ) ) | Case No. 12-cr-00010-MSK |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Eric Lugo, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☑ Order of the Court

This offense is briefly described as follows:

Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1) and (b)(1)(C)
Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1) and (b)(1)(C), 18 U.S.C. § 2
Count Thirty-Two: Using and Maintaining Drug-Involved Premises, 21 U.S.C. § 856(a)(1) and (2) and (b)
Aiding and Abetting, 18 U.S.C. § 2

Date: 01/09/2012

s/ M.J. Garcia
*Issuing officer's signature*

City and state: Denver, CO

Gregory C. Langham, Clerk, U.S. District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 1-20-12, and the person was arrested on *(date)* 1-20-12
at *(city and state)* Thornton, CO.

Date: 1-23-12

Brian White
*Arresting officer's signature*

Brian Miller - SA
*Printed name and title*