IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 12-cr-00018-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GERGORY A. COLLINS,
4. GEORGE A. COLLINS,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
**8. ERIC LUGO,**
9. LAWRENCE T. MARTIN,
10. JOHNNIE A. MYERS,
11. DARRELL E. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS H. SCHRAH, JR.,
15. JAMES R. SWITZER,
16. CLIFFORD M. WRIGHT,

    Defendants.

---

**DEFENDANT LUGO'S RESPONSE RE: MOTION FOR PROTECTIVE ORDER**

---

COMES NOW Defendant Eric Lugo, by and through his attorney of record, Dennis W. Hartley, Esq., of Dennis W. Hartley, P.C., and hereby states that he does not object to the relief requested in the Government's Motion for Protective Order (Document 41).

1

2

Respectfully submitted this 3rd day of February, 2012.

                                              DENNIS W. HARTLEY, P.C.

                                             By:  *s/ Dennis W. Hartley*                .
                                                    Dennis W. Hartley (#788)
                                                    Attorneys for Defendant
                                                    1749 S. Eighth Street, Suite 5
                                                    Colorado Springs, CO  80906
                                                    (719) 635-5521
                                                    Fax:  (719) 635-5760

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 3rd day of February, 2012, a true and correct copy of the foregoing **DEFENDANT LUGO'S RESPONSE RE: MOTION FOR PROTECTIVE ORDER** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notice to all relevant parties.

                                                    *s/Julia Vendeland*          .
                                                    Julia Vendeland