DEFENDANT:     1.  GEORGE H. ASKEW

YEARS OF BIRTH:  1973, 1975

ADDRESS:     Denver, Colorado

COMPLAINT FILED:    YES   X   NO

     IF YES, PROVIDE MAGISTRATE CASE NUMBER:  _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    YES   X   NO

OFFENSE:

Count One:    Possession with Intent to Distribute More than 28 Grams of Crack Cocaine
              21 U.S.C. § 841(a)(1) and (b)(1)(B)

Count Two:    Prohibited Person in Possession of Firearm
              18 U.S.C. §§ 922(g)(1), 924(a)(2) and 2

Count Three:   Using a Residence for the Purpose of Distributing Controlled Substance
              21 U.S.C. § 856(a)(1) and (2) and (b)

Count Four:   Possession of Firearm in Furtherance of Drug Trafficking Felony
              18 U.S.C. § 924(c)

Count Thirty-Two:  Using and Maintaining Drug-Involved Premises
              21 U.S.C. § 856(a)(1) and (2) and (b)
              Aiding and Abetting
              18 U.S.C. § 2

Count Thirty-Three:  Distribution Near schools
              21 U.S.C. § 860

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count One:  Defendant has a prior PCS state felony conviction.  NLT 10 years, NMT life imprisonment; a fine of NMT $8,000,000.00, or both; NLT 8 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Two:  NMT 10 years imprisonment; a fine of NMT $250,000.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Three:  NMT 20 years imprisonment; a fine of NMT $500,000.00, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Four:  NLT 5 years imprisonment; a fine of NMT $250,000.00, or both; and a $100.00 special assessment.

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-Three: Defendant has prior PCS state felony convictions.  NLT 10 years, NMT Life imprisonment; a fine of NMT $8,000,000, or both; NLT 8 years supervised release following any period of imprisonment; and a $100.00 special assessment.

## NOTICE OF FORFEITURE

AGENT:          Special Agent Jason Cole
                Alcohol Tobacco and Firearms

AUTHORIZED BY:  Guy Till
                         Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less     __X___ over five days     _____ other

THE GOVERNMENT

___X___ will seek detention in this case      _____ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:      __X___        Yes     _____ No

2