IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 12-cr-00018-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GERGORY A. COLLINS,
4. GEORGE A. COLLINS,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. **ERIC LUGO,**
9. LAWRENCE T. MARTIN,
10. JOHNNIE A. MYERS,
11. DARRELL E. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS H. SCHRAH, JR.,
15. JAMES R. SWITZER,
16. CLIFFORD M. WRIGHT,

    Defendants.

---

**DEFENDANT LUGO'S MOTION TO WAIVE PRESENCE FOR RE-ARRAIGNMENT ON SUPERSEDING INDICTMENT [Doc, 180]**

---

COMES NOW Defendant Eric Lugo, by and through his attorney of record, Dennis W. Hartley, Esq., of Dennis W. Hartley, P.C., and hereby requests that this Court permit him to waive his presence for the re-arraignment scheduled for February 23, 2012, at 10:00 a.m. Pursuant to F.R.Crim.P. 10(b), Mr. Lugo hereby waives his appearance, has reviewed a copy of

1

the superseding indictment (Doc. 180) and re-affirms this plea of not guilty to the court in that indictment that relate to him.

Respectfully submitted this 22nd day of February, 2012.

                            DENNIS W. HARTLEY, P.C.

                        By: *s/ Dennis W. Hartley*  .
                            Dennis W. Hartley (#788)
                            Attorneys for Defendant
                            1749 S. Eighth Street, Suite 5
                            Colorado Springs, CO  80906
                            (719) 635-5521
                            Fax:  (719) 635-5760

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 3rd day of February, 2012, a true and correct copy of the foregoing **DEFENDANT LUGO'S MOTION TO WAIVE PRESENCE FOR RE-ARRAIGNMENT ON SUPERSEDING INDICTMENT [Doc, 180]** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notice to all relevant parties.

                            *s/Julia Vendeland*  .
                            Julia Vendeland