IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 12-cr-00018-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GERGORY A. COLLINS,
4. GEORGE A. COLLINS,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. **ERIC LUGO,**
9. LAWRENCE T. MARTIN,
10. JOHNNIE A. MYERS,
11. DARRELL E. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS H. SCHRAH, JR.,
15. JAMES R. SWITZER,
16. CLIFFORD M. WRIGHT,

    Defendants.

___

## DEFENDANT LUGO'S MOTION TO FILE MOTIONS OUT OF TIME
___

COMES NOW Defendant Eric Lugo, by and through his attorney of record, Dennis W. Hartley, Esq., of Dennis W. Hartley, P.C., and hereby moves this Court for the entry of an Order allowing him to file motions out of time, and as grounds therefore states as follows:

1

1. Counsel for Defendant Lugo had dictated his motions, however his paralegal became unexpectedly ill and was unable to transcribe counsel's dictation.

2. Counsel does not type.

3. Due to the unexpected illness, counsel prays that this Court enter an order allowing him to file his motions out of time which are sent with this submission under separate filings.

Respectfully submitted this 23rd day of February, 2012.

DENNIS W. HARTLEY, P.C.

By: *s/ Dennis W. Hartley*
Dennis W. Hartley (#788)
Attorneys for Defendant
1749 S. Eighth Street, Suite 5
Colorado Springs, CO 80906
(719) 635-5521
Fax: (719) 635-5760

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 23rd day of February, 2012, a true and correct copy of the foregoing **DEFENDANT LUGO'S MOTION TO FILE MOTIONS OUT OF TIME** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notice to all relevant parties.

*s/Julia Vendeland* .
Julia Vendeland