IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 12-cr-00018-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GERGORY A. COLLINS,
4. GEORGE A. COLLINS,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. **ERIC LUGO,**
9. LAWRENCE T. MARTIN,
10. JOHNNIE A. MYERS,
11. DARRELL E. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS H. SCHRAH, JR.,
15. JAMES R. SWITZER,
16. CLIFFORD M. WRIGHT,

    Defendants.

---

## DEFENDANT LUGO'S MOTION FOR DISCLOSURE
## PURSUANT TO RULES 404(b) AND 609 OF THE FEDERAL RULES OF EVIDENCE

---

COMES NOW Defendant Eric Lugo, by and through his attorney of record, Dennis W. Hartley, Esq., of Dennis W. Hartley, P.C., and pursuant to the provisions of Rules 404(b) and 609) of the Federal Rules of Evidence, hereby moves this Honorable Court for the entry of an

1

Order Compelling and directing the United States Government to disclose the following information to the Court and defense counsel:

1.      Any evidence the Government intends to introduce against this Defendant regarding prior or subsequent criminal conduct and/or "bad acts" which is not charged in the Indictment herein and not alleged as part of any conspiracy charged in the Indictment herein;

2.      Any evidence the Government intends to introduce against this Defendant pursuant to Rules 404(b) and 609 of the Federal Rules of Evidence;

3.      Any evidence the Government intends to introduce against any party initially charged in the Indictment herein regarding prior or subsequent criminal conduct and/or "bad acts" which is not charged in the Indictment herein and not alleged as part of any conspiracy charged in the Indictment herein;

4.      Any evidence the Government intends to introduce against any party pursuant to Rules 404(b) and 609 of the Federal Rules of Evidence;

5.      Any evidence the Government intends to introduce concerning a co-conspirator(s) (regardless of whether said co-conspirator(s) was charged and/or named in the Indictment herein) regarding prior or subsequent criminal conduct and/or "bad acts" which is not charged in the Indictment herein and not alleged as part of any conspiracy charged in the Indictment herein;

6.      Any evidence the Government intends to introduce concerning a co-conspirator(s) (regardless of whether said co-conspirator(s) was charged and/or named in the Indictment herein) pursuant to Rules 404(b) and 609 of the Federal Rules of Evidence.

Wherefore, Defendant Eric Lugo prays that this Court grant the relief requested and for such other and further relief as this Court deems just and proper in the premises.

Respectfully submitted this 23rd day of February, 2012.

               DENNIS W. HARTLEY, P.C.


               By: *s/ Dennis W. Hartley*_____
               Dennis W. Hartley (#788)
               Attorneys for Defendant
               1749 S. Eighth Street, Suite 5
               Colorado Springs, CO  80906
               (719) 635-5521
               Fax:  (719) 635-5760


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 23rd day of February, 2012, a true and correct copy of the foregoing **DEFENDANT LUGO'S FOR DISCLOSURE PURSUANT TO RULES 404(b) AND 609 OF THE FEDERAL RULES OF EVIDENCE** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notice to all relevant parties.


               *s/Julia Vendeland*   .
               Julia Vendeland