IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GERGORY A. COLLINS,
4. GEORGE A. COLLINS,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. **ERIC LUGO,**
9. LAWRENCE T. MARTIN,
10. JOHNNIE A. MYERS,
11. DARRELL E. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS H. SCHRAH, JR.,
15. JAMES R. SWITZER,
16. CLIFFORD M. WRIGHT,

      Defendants.

_____

DEFENDANT LUGO'S WITHDRAWAL OF NOTICE OF DISPOSITION

_____

COMES NOW Defendant Eric Lugo, by and through his attorney of record, Dennis W. Hartley, Esq., of Dennis W. Hartley, P.C., and hereby gives notice that he is withdrawing his notice of disposition. Defendant understands that there are motions presently scheduled for May 16, 2012 at 2:00 PM. Defendant will appear with counsel at that date and time.

Respectfully submitted this 13th day of March, 2012.

                                          DENNIS W. HARTLEY, P.C.

                                          By:   *s/ Dennis W. Hartley*_____

                                          Dennis W. Hartley (#788)

                                          Attorneys for Defendant

                                          1749 S. Eighth Street, Suite 5

                                          Colorado Springs, CO  80906

                                          (719) 635-5521

                                          Fax:  (719) 635-5760

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 13th day of March, 2012, a true and correct copy of the foregoing DEFENDANT LUGO'S WITHDRAWAL OF NOTICE OF DISPOSITION was electronically filed with the Clerk of the Court using the CM/ECF system which will send notice to all relevant parties.

                                          *s/Andrea Lamoreaux*              .

                                          Andrea Lamoreaux