IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GERGORY A. COLLINS,
4. GEORGE A. COLLINS,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. **ERIC LUGO,**
9. LAWRENCE T. MARTIN,
10. JOHNNIE A. MYERS,
11. DARRELL E. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS H. SCHRAH, JR.,
15. JAMES R. SWITZER,
16. CLIFFORD M. WRIGHT,

      Defendants.

_____

DEFENDANT LUGO'S MOTION FOR CHANGE OF BOND CONDITIONS

_____

COMES NOW Defendant Eric Lugo, by and through his attorney of record, Dennis W. Hartley, Esq., of Dennis W. Hartley, P.C., and moves this Court for an ORDER changing his bond conditions with regard to the monitoring devise that he presently wears as grounds therefore states:

1. Mr. Lugo's has been on bond in this case since 2/1/2012.

2. Mr. Lugo has abided by all of the conditions of his bond.

3. The Defendant resides with his brother, along with Mr. Lugo's two children.

4. Mr. Lugo is employed full-time however he would like to continue his Tamale selling business, which would require him to be out and about, actively selling the Tamales whenever he was not at work. The monitoring devise does not allow for that activity.

5. Mr. Lugo needs the proceeds from the Tamale business to help support his family and to pay the costs of living with his brother.

WHEREFORE, the Defendant prays this Court enter an ORDER changing his bond conditions so that to the monitoring devise presently attached to Mr. Lugo would be removed. The Defendant request that the Court enter an ORDER consistent with this motion and for such other and further relief as the Court may seem appropriate.

Respectfully submitted this 5th day of April, 2012.

DENNIS W. HARTLEY, P.C.

By: _s/ Dennis W. Hartley_

Dennis W. Hartley (#788)

Attorneys for Defendant

1749 S. Eighth Street, Suite 5

Colorado Springs, CO  80906

(719) 635-5521

Fax:  (719) 635-5760

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 5th day of April, 2012, a true and correct copy of the foregoing DEFENDANT LUGO'S MOTION FOR CHANGE OF BOND was electronically filed with the Clerk of the Court using the CM/ECF system which will send notice to all relevant parties.

    <u>s/Andrea Lamoreaux</u>               .

Andrea Lamoreaux