IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GERGORY A. COLLINS,
4. GEORGE A. COLLINS,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. **ERIC LUGO,**
9. LAWRENCE T. MARTIN,
10. JOHNNIE A. MYERS,
11. DARRELL E. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS H. SCHRAH, JR.,
15. JAMES R. SWITZER,
16. CLIFFORD M. WRIGHT,

      Defendants.

_____

DEFENDANT LUGO'S MOTION FOR ORDER ALLOWING INTERIM PAYMENTS

_____

COMES NOW Defendant Eric Lugo, by and through his attorney of record, Dennis W. Hartley, Esq., of Dennis W. Hartley, P.C., and moves this Court for an ORDER allowing interim payments from the Criminal Justice Act and as grounds therefore states:

1. Mr. Lugo's case has become a debt protracted.

2. Motion hearings are scheduled as well as trial.

3. In order to prevent a dysfunctional cash flow of counsel's office, he requests that this Court allow interim payments for fees and costs.

WHEREFORE, the Defendant prays this Court enter an ORDER allowing for interim payments in the above captioned case and for such other and further relief as the Court may seem appropriate.

Respectfully submitted this 5th day of April, 2012.

DENNIS W. HARTLEY, P.C.

By:   *s/ Dennis W. Hartley*

Dennis W. Hartley (#788)

Attorneys for Defendant

1749 S. Eighth Street, Suite 5

Colorado Springs, CO  80906

(719) 635-5521

Fax:  (719) 635-5760

## **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that on this the 5th day of April, 2012, a true and correct copy of the foregoing DEFENDANT LUGO'S MOTION FOR INTERIM ATTORNEY PAYMENTS was electronically filed with the Clerk of the Court using the CM/ECF system which will send notice to all relevant parties.

                                                        _s/Andrea Lamoreaux_        .

                                                        Andrea Lamoreaux