IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GERGORY A. COLLINS,
4. GEORGE A. COLLINS,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. **ERIC LUGO,**
9. LAWRENCE T. MARTIN,
10. JOHNNIE A. MYERS,
11. DARRELL E. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS H. SCHRAH, JR.,
15. JAMES R. SWITZER,
16. CLIFFORD M. WRIGHT,

      Defendants.

---

DEFENDANT LUGO'S RESPONSE TO GOVERNMENT'S MOTION FOR ORDER
REGARDING CRIMINAL FORFEITURE OF PROPERTY IN GOVERNMENT CUSTODY

---

COMES NOW Defendant Eric Lugo, by and through his attorney of record, Dennis W. Hartley, Esq., of Dennis W. Hartley, P.C., and states that he does not have a dog in this fight and therefore has no objection to the Government's Motion.

Respectfully submitted this 13th day of April, 2012.

                                                DENNIS W. HARTLEY, P.C.

                                                By:   s/ Dennis W. Hartley

                                                Dennis W. Hartley (#788)
                                                Attorneys for Defendant
                                                1749 S. Eighth Street, Suite 5
                                                Colorado Springs, CO  80906
                                                (719) 635-5521
                                                Fax:  (719) 635-5760

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this the 13th day of April, 2012, a true and correct copy of the foregoing DEFENDANT LUGO'S RESPONSE TO GOVERNMENT'S MOTION FOR ORDER REGARDING CRIMINAL FORFEITURE OF PROPERTY IN GOVERNMENT CUSTODY was electronically filed with the Clerk of the Court using the CM/ECF system which will send notice to all relevant parties.

                                                  s/Andrea Lamoreaux                .

                                                Andrea Lamoreaux