IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  12-cr-00010-MSK-08

UNITED STATES OF AMERICA,

          Plaintiff,

v.

1.  GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.  GREGORY A. COLLINS,
4.  GEORGE A. GADDY,
5.   DELBERT J. GARDNER,
6.  RICHARD W. JOHNSON,
7.  SHEPS H. KHAMSAHU,
**8.  ERIC LUGO,**
9.  LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

          Defendants.

---

**GOVERNMENT'S RESPONSE TO DEFENDANT LUGO'S
MOTION FOR CHANGE OF BOND CONDITIONS**

---

The United States of America, by United States Attorney John F. Walsh, through the undersigned Assistant United States Attorney (Government), respectfully submits this response to Defendant Lugo's Motion for Change of Bond Conditions (Motion)(#341). The defendant was ordered released on bond on January 26, 2012, by the Hon. Craig B.

1

Shaffer (#73); the written release order was entered a few days later by the Hon. Kathleen M. Tafoya on February 1, 2012 (#150). The Defendant's Motion has been referred for resolution by the Hon. Marcia S. Krieger, United States District Court Judge, to the Hon. Kathleen M. Tafoya (#345). The Government submits this response pursuant to a Minute Order of Court directing the Government to file a response on or before April 17, 2012 (#348). The Government respectfully submits the present Motion should be denied. The Government states and represents to the Court as follows:

    1. The Government respectfully asks the Court to take judicial notice of the contents of the bond release report, the indictment and the superseding indictment in this case. The charges against Defendant Lugo give rise to the statutory presumption favoring detention without bond under Title 18 U.S.C. § 3142.

    2. The Government objected to the release of the defendant on bond under any conditions. The Government has no confidence in Defendant Lugo. The bond release report shows the defendant has had six Failure to Appear Warrants. The defendant has two convictions for driving under the influence and numerous other traffic or driving related charges and convictions on his record. As of the date of his bond release report the defendant's Colorado license was cancelled/denied.

    3. The charges in the present case against the defendant are relatively strong – the defendant twice sold cocaine to a confidential human source in a law enforcement controlled purchase.

    4. In his Motion the defendant claims to be in a freelance retail business. In preparation for trial the Government has learned the defendant frequently sold quantities of cocaine in the years before his arrest. The defendant was nick-named

"Balls" in reference to the "eight-balls" (3.5 grams) of cocaine he was known to provide.

5. Defendant Lugo claims he sells "Tamales." The Government does not accept that claim and respectfully requests documentation. Defendant Lugo asks the Court to permit Defendant Lugo "to be out and about, actively selling the Tamales whenever he is not at work." (Motion ¶ 4). The Government respectfully asserts that the proposed changes would effectively enable Defendant Lugo to roam freely and sell cocaine 24 hours a day 7 days a week.

6. The Government respectfully submits the established conditions for bond, including electronic monitoring, are necessary to fulfill the objectives of Title 18 U.S.C. § 3142 to reasonably insure the safety of the community and the appearance of the defendant as required for trial.

Respectfully submitted this 16th day pf April 2012.

        JOHN F. WALSH
        United States Attorney

By: *s/Guy Till*
    GUY TILL
    Assistant United States Attorney
    U.S. Attorney's Office
    1225 17th St., Suite 700
    Denver, CO 80202
    Telephone: (303) 454-0118
    Fax: (303) 454-0401
    E-mail: Guy.Till@usdoj.gov
    Attorney for the Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of April, 2012, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT LUGO'S MOTION FOR CHANGE OF BOND CONDITIONS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: s/ Lisa Vargas
LISA VARGAS
Legal Assistant
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0406
E-mail: Lisa.Vargas@usdoj.gov