CJA 20 (Electronic Form) APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 12/03)

| 1. CIR./ DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>**Eric Lugo** | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT./ DEF. NUMBER | 4. DIST. DKT./ DEF. NUMBER<br>**12-cr-0010-MSK** | 5. APPEALS DKT./ DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (*Case Name*)<br>**US v. Askew, et al** | 8. PAYMENT CATEGORY<br>**Felony** | 9. TYPE PERSON REPRESENTED<br>**Adult Defendant** | 10. REPRESENTATION TYPE |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)  *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS:

Name: **Dennis W. Hartley**

Address: **Dennis W. Hartley, P. C.**
**1749 S. 8th Street, Ste. 5**
**Colorado Springs, CO 80905**

Phone #  **719-635-5521**
Fax #    **719-635-5760**

13. COURT ORDER:

☐ Prior Attorney's Name ............ Appointment Dates

☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in his case, OR

☐ Other (*See Instructions*)

*See separate court order of appointment*
Signature of presiding Judicial Officer or By Order of the Court

Date of Order           Nunc Pro Tunc/Date of NOA

Repayment or partial repayment ordered from the person represented for this service at time of appointment.  ☐ Yes  ☐ No

14. NAME AND ADDRESS OF LAW FIRM (Only provide per instructions)

Name:
Address:

**CLAIM FOR SERVICES AND EXPENSES** | **FOR COURT USE ONLY**

| Categories (Attach itemization of services w/ dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | Math/Tech. Adjusted Hrs | Math/Tech. Adjusted Amounts | Additional Review | Amount Authorized |
|---|---|---|---|---|---|---|
| 15. In Court  a. Arraignment and/or Plea | | | | | | |
| b. Bail and Detention Hearings | | | | | | |
| c. Motion Hearings | | | | | | |
| d. Trial | | | | | | |
| e. Sentencing Hearings | | | | | | |
| f. Revocation Hearings | | | | | | |
| g. Appeals Court | | | | | | |
| h. Other (*Specify on add'l sheets*) | | | | | | |
| TOTALS | | | | | | |
| 16. Out of Court  a. Interviews and Conferences | | | | | | |
| b. Obtaining and reviewing records | | | | | | |
| c. Legal Research and brief writing | | | | | | |
| d. Travel time | | | | | | |
| e. Investigative & other work (*Specify on*) | | | | | | |
| TOTALS | | | | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
From: _____  to: _____

20. APPOINTMENT TERMINATION DATE *IF OTHER THAN CASE COMPLETION*:

21. CASE DISPOSITION

22. CLAIM STATUS:  ○ Final Payment   ● Interim Payment Number ____ (Interim Payment #)   ○ Supplemental Payment

Did you previously apply to the court for compensation and/or reimbursement for this case?   ☐ Yes  ☑ No    If yes, were you paid?  ☐ Yes  ☐ No

Other than from the court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation?    ☐ Yes  ☑ No  *If yes, give details on additional sheets.*

**I swear or affirm the truth or correctness of the above statements.**

Signature of Attorney                                                                                                Date

**APPROVED FOR PAYMENT--COURT USE ONLY**

| 23. IN COURT COMP. | 24. OUT OF COURT COMP | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDGE | | | DATE | 28a. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPR./CERT. |
| 34. SIGNATURE OF THE CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE)  *Payment approved in excess of the statutory threshold amount.* | | | DATE | 34a. JUDGE CODE |

## CJA 20 Worksheet - Attorney Time

| | |
|---|---|
| **Attorney:** | Dennis W. Hartley |
| **Defendant:** | Eric Lugo |
| **Dist. Ct. Case No:** | 12-cr-0010-MSK |
| **Appellate Case No:** | |
| **Dist. Ct. Judge:** | Marsha S. Krieger |

| IMPORTANT! Hourly rates are determined by the date entered. Be sure all dates are correct.<br><br>Date | In-Court Time Description<br>*Every entry must have a date & description* | 15.a. Arraignment/Plea | 15.b. Bail/Detention | 15.c. Motions | 15.d. Trial | 15.e. Sentencing | 15.f. Revocation | 15.g. Appeals Court | 15.h. Other |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |

# CJA 20 Worksheet - Out-of-Court Attorney Time

**Attorney:** Dennis W. Hartley

**Defendant:** Eric Lugo

**Dist. Ct. Case No:** 12-cr-0010-MSK

**Appellate Case No:**

**Dist. Ct. Judge:** Marsha S. Krieger

**Out of Court**

| Date — **IMPORTANT!** Hourly rates are determined by the date entered. Be sure all dates are correct. | Out-of-Court Time Description *Every entry must have a date & description* | If more than one attorney worked on case, put the attorney initials here for *each task.* | Pages | 16.a. Intrv & Conf (incl communicating w/client) | 16.b. Records/Record Review | 16.c. Research\Writing | 16.d. Travel Time | 16.e. Other (Explain) |
|---|---|---|---|---|---|---|---|---|

# CJA 20 Worksheet - Travel Expenses

| | |
|---:|:---|
| Attorney: | Dennis W. Hartley |
| Defendant: | Eric Lugo |
| Dist. Ct. Case No: | 12-cr-0010-MSK |
| Appellate Case No: | |
| Dist. Ct. Judge: | Marsha S. Krieger |

**IMPORTANT!** Submit scanned copies of itemized invoices for all meals.

| *Mileage rate determined by date!* **Date** | **Travel Expense Description** *Every entry must have a date & description* | Travel mileage | Airfare | Rental Car | Taxi/ Shuttle | Hotel | Meals | Parking/ Tolls/ Public Trans | Other Travel Expenses |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| | **CJA 20 Worksheet - Other Expenses** | | | **IMPORTANT!**  Submit scanned copies of itemized invoices for all commercial copying, Westlaw/Lexis and single item expenses over $50.00 | |
|---|---|---|---|---|---|
| Attorney: | Dennis W. Hartley | | | | |
| Defendant: | Eric Lugo | | | | |
| Dist. Ct. Case No: | 12-cr-0010-MSK | | | | |
| Appellate Case No: | | | | | |
| Dist. Ct. Judge: | Marsha S. Krieger | | | | |

| Date | **Other Expense Description**  *Every entry must have a date & description   (e.g., # of copies @ rate & what was copied)* | **Facsimile** | **Long Distance Charges** | **Photocopies** | **Postage** | **Other Expenses** |
|---|---|---|---|---|---|---|

## CJA 20 - Voucher Summary

**Attorney:** Dennis W. Hartley
**Defendant:** Eric Lugo
**Dist. Ct. Case No:** 12-cr-0010-MSK
**Appellate Case No:**
**Dist. Ct. Judge:** Marsha S. Krieger

*Any errors on this page were created by entries on the previous four pages. Correct the prior page and it will automatically fix this page.*

| Categories | 1/1/2010 - current | | 3/11/2009 - 12/31/09 | | 1/1/2008 - 3/10/2009 | | 5/20/07 - 12/31/07 | |
|---|---|---|---|---|---|---|---|---|
| Rate | $125.00 | | $110.00 | | $100.00 | | $94.00 | |
|  | Hours Claimed | Court Adj. (if any) | Hours Claimed | Court Adj. (if any) | Hours Claimed | Court Adj. (if any) | Hours Claimed | Court Adj. (if any) |
| 15a - Arraignment/Plea | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 15b - Bail/Detention | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 15c - Motions | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 15d - Trial | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 15e - Sentencing | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 15f - Revocation | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 15g - Appeals Court | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 15h - Other | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total 15a - 15h (Hours) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total In-Court x Rate Per Hour | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16a - Interviews | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 16b - Records | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 16c - Research/Writing | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 16d - Travel Time | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 16e - Investigative/Other | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total 16a - 16e (Hours) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Out-of-Court x Rate Per Hour | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Net Out-of-Court this rate after Review | $0.00 | | $0.00 | | $0.00 | | $0.00 | |

| 17. Travel Miles | 1/1/2011 - current | 1/1/2010 - 12/31/10 | 2/1/2009 - 12/31/2009 | 8/1/2008 - 1/31/2009 | 3/19/2008 - 7/31/2008 | 2/1/2007 - 3/18/2008 |
|---|---|---|---|---|---|---|
| Rate per mile: | 0.510 | 0.500 | 0.550 | 0.585 | 0.505 | 0.485 |
| Total Miles Claimed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Miles Adjusted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Adjusted Mileage x Rate Per Mile | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Categories | Atty Request | Court Adj. (if any) | Total Approved |
|---|---|---|---|
| 17. Travel Misc. | $0.00 | $0.00 | $0.00 |
| 17. Total Travel Expenses | $0.00 | $0.00 | $0.00 |
| 18. Facsimile | $0.00 | $0.00 | $0.00 |
| 18. Long Distance Charges | $0.00 | $0.00 | $0.00 |
| 18. Photo Copies | $0.00 | $0.00 | $0.00 |
| 18. Postage | $0.00 | $0.00 | $0.00 |
| 18. Other Expenses | $0.00 | $0.00 | $0.00 |
| 18. Total Other Expenses | $0.00 | $0.00 | $0.00 |
| Amounts transferred to voucher: | $0.00 | $0.00 | $0.00 |