## CJA 20 - Time and Costs Summary

Attorney:   Dennis W. Hartley          Bill Dates:   1/24/2012   to   4/4/2012

Case No:   12-CR-00010-MSK                  Defendant:   Eric Lugo

Judge:   MSK

Interim Payment Number   1       Final Interim Payment       Final W/O Interims

| Categories | 1/1/10 - Current | 3/11/09 - 12/31/09 | 1/1/2008 - 3/10/09 | 5/20/2007 - 12/31/2007 |
|---|---|---|---|---|
| | Hours Claimed | Hours Claimed | Hours Claimed | Hours Claimed |
| 15a | 0.00 | 0.00 | 0.00 | 0.00 |
| 15b | 1.60 | 0.00 | 0.00 | 0.00 |
| 15c | 1.00 | 0.00 | 0.00 | 0.00 |
| 15d | 0.00 | 0.00 | 0.00 | 0.00 |
| 15e | 0.00 | 0.00 | 0.00 | 0.00 |
| 15f | 0.00 | 0.00 | 0.00 | 0.00 |
| 15g | 0.00 | 0.00 | 0.00 | 0.00 |
| 15h | 0.00 | 0.00 | 0.00 | 0.00 |
| Total 15a - 15h (Hours) | 2.60 | 0.00 | 0.00 | 0.00 |
| **Total In-Court x Rate Per Hour** | $325.00 | $0.00 | $0.00 | $0.00 |
| | | | | |
| 16a | 2.80 | 0.00 | 0.00 | 0.00 |
| 16b | 5.70 | 0.00 | 0.00 | 0.00 |
| 16c | 21.90 | 0.00 | 0.00 | 0.00 |
| 16d | 5.00 | 0.00 | 0.00 | 0.00 |
| 16e | 0.30 | 0.00 | 0.00 | 0.00 |
| Total 16a - 16e (Hours) | 35.70 | 0.00 | 0.00 | 0.00 |
| **Total Out-of-Court x Rate Per Hour** | $4,462.50 | $0.00 | $0.00 | $0.00 |

| 17. Travel Miles | 1/1/2011 - Current | 1/1/2010 - 12/31/2010 | 2/1/2009 - 12/31/09 | 8/1/2008 - 1/31/2009 |
|---|---|---|---|---|
| | Miles Claimed | Miles Claimed | Miles Claimed | Miles Claimed |
| Total Miles | 286.00 | 0.00 | 0.00 | 0.00 |
| **Total Miles x Rate Per Mile** | $145.86 | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| 17. Travel Misc. | $0.00 |
| **17. Total Travel Expenses** | $145.86 |

| | |
|---|---|
| 18. Facsimile | $0.00 |
| 18. Long Distance Charges | $0.00 |
| 18. Paralegal | $560.00 |
| 18. Photo Copies | $50.00 |
| 18. Postage | $0.00 |
| 18. Other Expenses | $58.29 |
| **18. Total** | **$668.29** |

| | |
|---|---|
| **Grand Totals** | $5,601.65 |

## CJA 20 Worksheet - Attorney Time

Attorney: **Dennis W. Hartley**　　Bill Dates: **1/24/2012** to **4/4/2012**
Case No: **12-CR-00010-MSK**　　Defendant: **Eric Lugo**
Judge: **MSK**
Interim Payment Number __1__　　Final Interim Payment ____　　Final W/O Interims ____

| Date | 15 a | 15 b | 15 c | 15 d | 15 e | 15 f | 15 g | 15 h | 16 a | 16 b | 16 c | 16 d | 16 e | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/24/2012 | | | | | | | | | 0.70 | | | | | T/C with client |
| 1/28/2012 | | | | | | | | | | 0.80 | | | | Review pleadings |
| 1/30/2012 | | 1.60 | | | | | | | 0.20 | | | | | Bond hearing & T/C w/client |
| 1/31/2012 | | | | | | | | | | | | 2.50 | | Travel USDC |
| 2/12/2012 | | | | | | | | | | | 6.70 | | | Research & Motions |
| 2/13/2012 | | | | | | | | | | | 5.10 | | | Conference w/Client |
| 2/16/2012 | | | | | | | | | | | 3.10 | | | Research & Motions |
| 2/18/2012 | | | | | | | | | | 0.20 | | | | Review discovery |
| 2/23/2012 | | | | | | | | | | | 0.40 | | | Motions |
| 2/23/2012 | | | | | | | | | | 0.50 | | | | Pleadings & Motions |
| 2/28/2012 | | | | | | | | | | 1.60 | | | | Discovery & plea agreement |
| 3/9/2012 | | | | | | | | 1.10 | | | | | | Review plea with client |
| 3/9/2012 | | | | | | | | | | 0.80 | | | | Research guidelines |
| 3/13/2012 | | | | | | | | 0.60 | | | | | | T/C with client |
| 3/13/2012 | | | | | | | | | | 0.30 | | | | Review pleadings |
| 3/13/2012 | | | | | | | | | | 1.20 | | | | Review discovery |
| 3/13/2012 | | | | | | | | | | | | | 0.30 | T/C with Guy Till |
| 3/14/2012 | | | | | | | | | | | 2.80 | | | Research Motions |
| 3/14/2012 | | | | | | | | | | | 2.30 | | | Prepare for hearing |
| 3/16/2012 | | | | | | | | | | | | 2.50 | | Prepare for hearing |
| 3/16/2012 | | | | | | | | | | 0.70 | | | | Prepare for hearing |
| 3/16/2012 | | | 1.00 | | | | | | | | | | | Court appearance - hearing |
| 3/30/2012 | | | | | | | | | 0.20 | | | | | Telephone call w/Guy Till |
| 4/3/2012 | | | | | | | | | | 0.70 | | | | Review Gov. response |
| 4/3/2012 | | | | | | | | | | | 0.40 | | | Motion to Change Bond |

| CJA 20 Worksheet - Costs | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Attorney: Dennis W. Hartley    Bill Dates: 1/24/2012 to 4/4/2012 | | | | | | | | | |
| Case No: 12-CR-00010-MSK    Defendant: Eric Lugo | | | | | | | | | |
| Judge: MSK | | | | | | | | | |
| Interim Payment Number  1    Final Interim Payment    Final W/O Interims | | | | | | | | | |
| Date | 17 Travel Miles | 17 Travel Misc. | Expense Description | 18 Other Facsimile | 18 Other Long Distance Charges | 18 Other Paralegal | 18 Other Photocopies | 18 Other Postage | 18 Other Expenses |
| 1/23/2012 | | | Set up file & locate client | | | $50.00 | | | |
| 1/24/2012 | | | Download documents | | | $50.00 | | | |
| 1/25/2012 | | | Download documents | | | $50.00 | | | |
| 1/26/2012 | | | meal | | | | | | $43.30 |
| 1/30/2012 | 143.00 | | mileage | | | | | | |
| 1/31/2012 | | | Download documents | | | $150.00 | | | |
| 1/31/2012 | | | collect call from client in custody | | | | | | $14.99 |
| 1/31/2012 | | | Download pleadings | | | $100.00 | | | |
| 2/2/2012 | | | Download pleadings & Printing & Copies | | | $125.00 | $50.00 | | |
| 3/16/2012 | 143.00 | | Mileage | | | | | | |
| 3/22/2012 | | | T/C with client re: Motion | | | $10.00 | | | |
| 4/3/2012 | | | Draft Mtn for change of Bond | | | $25.00 | | | |