IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GERGORY A. COLLINS,
4. GEORGE A. COLLINS,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. **ERIC LUGO,**
9. LAWRENCE T. MARTIN,
10. JOHNNIE A. MYERS,
11. DARRELL E. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS H. SCHRAH, JR.,
15. JAMES R. SWITZER,
16. CLIFFORD M. WRIGHT,

    Defendants.

---

ANSWER TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTIONS FILED BY DEFEDANT'S COLLINS, LUGO AND SCHRAH

---

    Defendant, Eric Lugo, stands on his Motion and Memorandum as to Motions #251, #252, #282, #285, #286, #302 and #303.

Respectfully submitted this 3th day of May, 2012.

                                    DENNIS W. HARTLEY, P.C.


                                    By:  *s/ Dennis W. Hartley*
                                    Dennis W. Hartley (#788)

                                                Attorneys for Defendant
                                                1749 S. Eighth Street, Suite 5
                                                Colorado Springs, CO  80906
                                                (719) 635-5521
                                                Fax:  (719) 635-5760

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 3th day of May, 2012, a true and correct copy of the foregoing ANSWER TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTIONS FILED BY DEFEDANT'S COLLINS, LUGO AND SCHRAH C was electronically filed with the Clerk of the Court using the CM/ECF system which will send notice to all relevant parties.

                                                                        *s/Andrea Lamoreaux*                   .
                                                                        Andrea Lamoreaux