IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GERGORY A. COLLINS,
4. GEORGE A. COLLINS,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. **ERIC LUGO,**
9. LAWRENCE T. MARTIN,
10. JOHNNIE A. MYERS,
11. DARRELL E. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS H. SCHRAH, JR.,
15. JAMES R. SWITZER,
16. CLIFFORD M. WRIGHT,

    Defendants.

_____
MOTION TO FILE OUT OF TIME
_____

    Defendant, Eric Lugo, by and through his counsel Dennis W. Hartley and moves this Court for an ORDER allowing him to file a Motion for Severance, out of time, and as grounds therefore states:

1. Upon receiving the James Proffer by the Government, counsel for the Defendant Lugo, went through the statements that were to be offered as co-conspirator statements, accepting them from the hearsay rule.

2. Two statements were attributed to Eric Lugo, which were allegedly made to a confidential informant. These statements did not contain statements against other indicted defendants.

3. A review of the remaining co-conspirator statements revealed that Eric Lugo was not mentioned in any of the material filed by the Government.

4. Eric Lugo is not indicted in the conspiracy count of the indictment before this Court.

5. It was after the review of James Proffered material that counsel felt that he show the Court sufficient prejudice to warrant a severance of Eric Lugo from the remaining defendants.

WHEREFORE, the defendant Lugo, prays this Court enter an ORDER allowing him to file his Motion for Severance, out of time, and for such other and further relief as the Court may seem appropriate.

Respectfully submitted this 25th day of May, 2012.

DENNIS W. HARTLEY, P.C.

By: *s/ Dennis W. Hartley*
Dennis W. Hartley (#788)
Attorneys for Defendant
1749 S. Eighth Street, Suite 5
Colorado Springs, CO  80906
(719) 635-5521
Fax:  (719) 635-5760

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this the 25th day of May, 2012, a true and correct copy of the foregoing MOTION TO FILE OUT OF TIME was electronically filed with the Clerk of the Court using the CM/ECF system which will send notice to all relevant parties.

                                                 *s/Andrea Lamoreaux*           .
                                                Andrea Lamoreaux