IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GERGORY A. COLLINS,
4. GEORGE A. COLLINS,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. **ERIC LUGO,**
9. LAWRENCE T. MARTIN,
10. JOHNNIE A. MYERS,
11. DARRELL E. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS H. SCHRAH, JR.,
15. JAMES R. SWITZER,
16. CLIFFORD M. WRIGHT,

    Defendants.

_____
## MOTION TO SEVER
_____

Defendant, Eric Lugo, by and through his counsel Dennis W. Hartley and moves this Court for an ORDER severing him from the remaining defendants in the above captioned case and granting him a separate trial and as grounds therefore states:

1. Eric Lugo is named in two counts of the indictment for the alleged sale to a confidential informant.

2. These sales were not at the "Clubhouse" or in the presence of any other defendant.

3. To try Mr. Lugo with the remaining defendants would subject him to the co-conspirator statements listed to use against the co-defendants, none of which involve Mr. Lugo.  Thus, a plethora of evidence that has no evidentiary value against Mr. Lugo, would be presented with resulting spill over possibility against defendant Lugo.

4. Defendant Lugo is not mentioned in the conspiracy count of the indictment.

As stated in *United States v. Peterson*, 611 F2d 1313 (10th Cir. 1979) to be granted a severance the defendant must show specific prejudice.  In addition to the hearsay conspirator statement, allegations of weapons possession and other gang like activity would be presented at a joint trial, where Mr. Lugo, although not a member of the HLMC, would be associated with them. (There were no weapons involved in the charges against Mr. Lugo).

WHEREFORE pursuant to *United States v. Peterson*, defendant prays this Court grant him a separate trial from the remaining defendants in this action.

Respectfully submitted this 25th day of May, 2012.

DENNIS W. HARTLEY, P.C.

By: *s/ Dennis W. Hartley*
Dennis W. Hartley (#788)
Attorneys for Defendant
1749 S. Eighth Street, Suite 5
Colorado Springs, CO  80906
(719) 635-5521
Fax:  (719) 635-5760

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 25th day of May, 2012, a true and correct copy of the foregoing MOTION TO FILE OUT OF TIME was electronically filed with the Clerk of the Court using the CM/ECF system which will send notice to all relevant parties.

                                              *s/Andrea Lamoreaux*  .
                                              Andrea Lamoreaux