FROM                                          (TUE)JUN 12 2012 16:37/ST. 16:36/No. 6827790859 P  1

PS 42
(8/08 D/CO)

# United States District Court

## District of Colorado

United States of America ) 
                vs )
)
Eric Lugo )
)             Case No. 12-cr-00010-MSK-08

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Eric Lugo. have discussed with Edwin Colunga, Probation Officer, modification of my release as follows:

The defendant shall seek and maintain verifiable and lawful employment, unless excused by the probation officer.  He shall give the probation officer at least 10 days notice prior to any change in employment.  The defendant shall not be self employed, or employed by friends or family.

Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.  The defendant shall pay the cost of treatment as directed by the probation officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_____    6/7/12     _____    6-7-12

Signature of Defendant      Date      Probation Officer      Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____     6/1~/12

Signature of Defense Counsel      Date

GUY TILL     ADA GUY TILL      18 JUNE 2012

Signature of Assistant U.S. Attorney      Date

[X]     The above modification of conditions of release is ordered, to be effective on     6-29-12

[ ]     The above modification of conditions of release is not ordered.

_____     6-29-12

Signature of Judicial Officer      Date

### KATHLEEN M. TAFOYA
United States Magistrate Judge