IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GERGORY A. COLLINS,
4. GEORGE A. COLLINS,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. **ERIC LUGO,**
9. LAWRENCE T. MARTIN,
10. JOHNNIE A. MYERS,
11. DARRELL E. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS H. SCHRAH, JR.,
15. JAMES R. SWITZER,
16. CLIFFORD M. WRIGHT,

      Defendants.

___

DEFENDANT LUGO'S NOTICE OF DISPOSITION AND CHANGE OF PLEA

___

COMES NOW Defendant Eric Lugo, by and through his attorney of record, Dennis W. Hartley, Esq., of Dennis W. Hartley, P.C., and hereby desires to enter into a disposition proposed by the Government and change his plea in accordance with that agreement.

FURTHER, the Defendant, Eric Lugo, request that this court hold all motions in abeyance until the acceptance or rejection of the plea by the Court.

WHEREFORE, Defendant Lugo prays for the relief requested, and for such other and further relief as this Court deems just and proper in the premises.

Respectfully submitted this 9th day of July, 2012.

DENNIS W. HARTLEY, P.C.

By: *s/ Dennis W. Hartley*

Dennis W. Hartley (#788)

Attorneys for Defendant

1749 S. Eighth Street, Suite 5

Colorado Springs, CO  80906

(719) 635-5521

Fax:  (719) 635-5760

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on this the 9th day of July, 2012, a true and correct copy of the foregoing DEFENDANT LUGO'S NOTICE OF DISPOSITION AND CHANGE OF PLEA was electronically filed with the Clerk of the Court using the CM/ECF system which will send notice to all relevant parties.

                _s/Andrea Lamoreaux_         .

                Andrea Lamoreaux