**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Bernique Abiakam          Date: September 26, 2012
Court Reporter:     Terri Lindblom

Criminal Action No. 12-cr-00010-MSK-8

*Parties*:                                    *Counsel*:

UNITED STATES OF AMERICA,                     Guy Till

       Plaintiff,

v.

8.   ERIC LUGO,                               Dennis W. Hartley

       Defendant.

---

**ARRAIGNMENT AND CHANGE OF PLEA HEARING**

---

**3:32 p.m.      Court in session.**

Court calls case.  Appearances of counsel  Defendant present on bond.

Defendant is arraigned on Count Seven of the **Indictment**.  Defendant pleads guilty to Count Seven of the **Indictment.**

Defendant sworn and answers questions asked by the Court.

Defendant advised regarding:

      1)   The Plea Agreement;
      2)   The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
      3)   The objectives and factors in 18 U.S.C. §3553(a).

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Courtroom Minutes  
Judge Marcia S. Krieger  
Page 2

Oral findings are made of record.

**ORDER:**   The Government's Oral Motion to Dismiss all of the remaining Counts in the original Indictment, the First Superseding Indictment, and the Second Superseding Indictment is **GRANTED.**

**ORDER:**   Plea Agreement and Statement by Defendant in Advance of Plea of Guilty are received**.**

**ORDER:**   Defendant's plea is accepted and defendant is adjudged guilty as charged in **Count Seven of the Indictment.**

**ORDER:**   Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:**   Sentencing hearing is set January 14, 2013 at 9:00 a.m., in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:**   Pending Motions are WITHDRAWN, as specified.  Defendant's counsel shall supplement the record.

**ORDER:**   Bond is continued.

**4:07 p.m.     Court in recess.**
**Total Time: 35 minutes.**
**Hearing concluded.**