IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GERGORY A. COLLINS,
4. GEORGE A. COLLINS,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. **ERIC LUGO,**
9. LAWRENCE T. MARTIN,
10. JOHNNIE A. MYERS,
11. DARRELL E. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS H. SCHRAH, JR.,
15. JAMES R. SWITZER,
16. CLIFFORD M. WRIGHT,

      Defendants.

---

**DEFENDANT LUGO'S MOTION FOR CHANGE OF BOND CONDITIONS**

---

COMES NOW Defendant Eric Lugo, by and through his attorney of record, Dennis W. Hartley, Esq., of Dennis W. Hartley, P.C., and moves this Court for an ORDER changing his bond conditions with regard to the monitoring devise that he presently wears as grounds therefore states:

1. Mr. Lugo's has been on bond in this case since 2/1/2012.

2. Mr. Lugo has abided by all of the conditions of his bond, except that he had one positive UA. Since that time Mr. Lugo has been in a drug program and has abided by all the conditions of that drug program.

3. The Defendant resides with his brother, along with Mr. Lugo's two children.

4. Mr. Lugo is employed full-time however he would like to, on the weekends, continue his Tamale selling business. The monitoring devise does not allow for that activity.

5. Mr. Lugo needs the extra income proceeds from the Tamale business to help support his family and to pay the costs of living with his brother.

6. Counsel has consulted with Assistant U.S. Attorney, Guy Till, who has no objections to the change of bond circumstances, which he voiced at the change of plea hearing for Mr. Lugo on Thursday, September 26, 2012.

WHEREFORE, the Defendant prays this Court enter an ORDER changing his bond conditions so that to the monitoring devise presently attached to Mr. Lugo would be removed. The Defendant request that the Court enter an ORDER consistent with this motion and for such other and further relief as the Court may seem appropriate.

Respectfully submitted this 27th day of September, 2012.

DENNIS W. HARTLEY, P.C.

By: s/ Dennis W. Hartley

Dennis W. Hartley (#788)
Attorneys for Defendant
1749 S. Eighth Street, Suite 5
Colorado Springs, CO 80906
(719) 635-5521
Fax: (719) 635-5760

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 27th day of September, 2012, a true and correct copy of the foregoing DEFENDANT LUGO'S MOTION FOR CHANGE OF BOND was electronically filed with the Clerk of the Court using the CM/ECF system which will send notice to all relevant parties.

s/Andrea Lamoreaux

Andrea Lamoreaux