IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 1:12-cr-00010-MSK-08

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ERIC LUGO,

        Defendant.

## ORDER MODIFYING CONDITIONS OF BOND

        This matter is before the Court due to a motion filed by defense counsel requesting that the defendant's bond condition for location monitoring be removed. Upon report of the Probation Office, after having conferred with defense counsel, it is

        ORDERED that the defendant remain on the location monitoring program for twenty (20) days from the date of this order, at which time the bond condition requiring his participation in the location monitoring program will be removed, contingent on his full compliance with all his existing bond conditions.  It is

        FURTHER ORDERED that the defendant be allowed to continue his self-employed tamale business, which was previously prohibited, with the conditions that he not enter establishments that serve alcohol and that he provide employment documentation to the Probation Office if requested.

        DATED this 22nd day of October, 2012.

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____

        Marcia S. Krieger
        United States District Judge