IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 12-cr-00010-MSK-8

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GERGORY A. COLLINS,
4. GEORGE A. COLLINS,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. **ERIC LUGO,**
9. LAWRENCE T. MARTIN,
10. JOHNNIE A. MYERS,
11. DARRELL E. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS H. SCHRAH, JR.,
15. JAMES R. SWITZER,
16. CLIFFORD M. WRIGHT,

      Defendants.

_____

OBJECTIONS TO PRE-SENTENCING REPORT

_____

COMES NOW Defendant Eric Lugo, by and through his attorney of record, Dennis W. Hartley, Esq., of Dennis W. Hartley, P.C., and submits his objections to the Pre-Sentencing Report:

1. The Defendant's nickname is reported to be Giggles, which was a joke to one of the agents, and Defendant is not known as "Giggles".

2. Defendant states that he is not prohibited from selling tamales in bars or other places.

3. The Defendant objects to characterization of his "long history" of minor criminal offenses in paragraph 49 states that his "long history" is nothing more than traffic violations, with one DUI. The DUI was fifteen years old at the time of the offense.

4. The Defendant objects to the characterization that he "tested out" thirty two credits during college. Defendant actually took the CLEP test and those scores were high enough to use for credit hours.

5. Defendant corrects paragraph 56 where his student loans are fifty three thousand dollars under collections accounts.

6. Defendant objects to paragraph 88, the characterization of numerous traffic violations, which for the most part were not even moving violations.

7. Mr. Lugo also objects to any continuing drug program after six months after sentencing. If probation suspects drug use, Mr. Lugo will consent to testing and enter into a program at that time.

Respectfully submitted this 4th day of January, 2013.

DENNIS W. HARTLEY, P.C.

By: _s/ Dennis W. Hartley_

Dennis W. Hartley (#788)
Attorneys for Defendant
1749 S. Eighth Street, Suite 5
Colorado Springs, CO  80906
(719) 635-5521
Fax:  (719) 635-5760

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that on this the 4th day of January, 2012, a true and correct copy of the foregoing OBJECTIONS TO PRE-SENTENCE REPORT was electronically filed with the Clerk of the Court using the CM/ECF system which will send notice to all relevant parties.

                *s/Crystal Smith-Ogle* .

                Crystal Smith-Ogle