IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Robert R. Keech | Date: January 14, 2013 |
| Court Reporter: | Terri Lindblom | |
| Probation Officer: | Michelle Means | |
| Interpreter: | N/A | |

Criminal Action No. 12-cr-00010-MSK

*Parties*:                                                              *Counsel*:

UNITED STATES OF AMERICA,                          Guy Till

       Plaintiff,

v.

**8.  ERIC LUGO,**                                                 Dennis W. Hartley

       Defendant.
_____

**SENTENCING MINUTES**
_____

**9:04 a.m.        Court in Session**.

Defendant present, on bond.

**Change of Plea Hearing on September 26, 2012.  Defendant pled guilty to Count 7 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The parties **do not** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: Defense counsel and the defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  Argument made by The Government, defense counsel, and probation.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**     Bond is exonerated.

**9:32 a.m.**     **Court in Recess.**

Total Time: :28
Hearing concluded.